Writ of Error dismissed on motion of counsel for the respective parties.

Watson & Pasco, for Plaintiff in Error;

John P. Stokes and R. P. Reese, for Defendant in Error.

---

Carlos Rivero, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Monroe County.

Writ of Error dismissed on motion of the Attorney General.

No appearance for Plaintiff in Error;

Attorney General, for the State.

---

*Ex Parte,* J. G. Crosland.

Original Proceedings.

Petition for a Writ of Prohibition denied by the Court.

Atkinson, Gramling & Burdine and Fred T. Myers, for Petitioner.

---

*State ex rel.* Haddie V. Banks, *et al.,* Relators, v. M. F. Horne, Circuit Judge, etc., Respondent.

Original Proceeding for Writ of Mandamus.

Petition denied by the Court.

L. E. Robinson and Humphreys & Blackwell, for Relators.

---

H. H. Dickson, Appellant, v. M. O. Overstreet, *et al.*, Appellees.

Appeal from a Decree of the Circuit Court for Orange County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

V. S. Starbuck, for Appellant;

L. C. Massey and C. B. Robinson, for Appellees.

---

P. Tomasello, *et al.*, Plaintiffs in Error, v. State *ex rel.* W. M. Davidson, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Santa Rosa County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

Blount & Blount & Carter and H. S. Laird and McGeachy & Lewis, for Plaintiff in Error;

John P. Stokes and Clark & Magaha, for Defendant in Error.